BEFORE THE THIRD DIVISION, SEPTEMBER 25, 1942

**No. 47605.**—Protests 951578–G, etc., of Di Bella Bros. et al. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.